United States District Court
Southern District of Texas
**ENTERED**
November 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OSCAR CANTALICIO ORTIZ § § Petitioner § VS. § UNITED STATES OF AMERICA § § § | CIVIL ACTION NO. 4:18-CV-1813 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum and Order issued today in case number 14-cr-525-2, this case is dismissed with prejudice.

This is a Final Judgment.

SIGNED on this 13th day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge